IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NELSON C. SCHERRER, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 4:17-CV-00855-JAR ) |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, | ) ) ) ) ) |
| Defendant. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nelson C. Scherrer and Defendant Foremost Insurance Company Grand Rapids Michigan, hereby stipulate to the dismissal of all claims asserted by Plaintiff Nelson C. Scherrer against Defendant Foremost Insurance Company Grand Rapids, Michigan, with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

BUTSCH ROBERTS & ASSOCIATES LLC              JACKSON WALKER L.L.P

By: /s/ David T. Butsch                                          By: /s/ Stacy Allen
   David T. Butsch, # 37539MO                                      Stacy Allen (admitted pro hoc vice)
   Christopher E. Roberts, # 61895MO                               Texas Bar No. 24034185
   231 S. Bemiston Ave., Suite 260                                 100 Congress Ave., Suite 1100
   Clayton, MO 63105                                               Austin, Texas 78701
   Tele: (314) 893-5700                                            Tele: (512) 236-2000
   Fax: (314) 863-5711                                             Fax: (512) 236-2002
   Butsch@butschroberts.com                                        Stacyallen@jw.com
   Roberts@butschroberts.com

                                                                   Attorneys for Defendant

   Attorneys for Plaintiff

So Ordered
John A. Ross
12/28/2018